## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

*IN RE:*                                          ) CHAPTER 13

**DONALD R. WHAEN**                               ) CASE NO. 07-32603LMW

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #     394590                               $2,395.42

**NATIONAL CITY BANK**
**3669 E E AVENUE**
**KALAMAZOO, MI 49004**

**FOE/NO LONGER IN BUSINESS**

Dated at Hartford, Connecticut this _____ day of _____, 2010.

/s/ _____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:
**Creditor:** NATIONAL CITY BANK 3669 E E AVENUE KALAMAZOO, MI 49004
**Debtors:** 55 WOODS END ROAD GUILFORD CT 06437
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** neilcranelaw@snet.net

/s/ _____
Molly T. Whiton, Chapter 13 Trustee

